**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARL ANGELO DEJESUS,** | : | **CIVIL NO. 3:16-cv-0304** |
| | : | |
| **Petitioner** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **MARY SABOL,** | : | |
| | : | |
| **Respondent** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 19th day of April 2016, upon preliminary review of the petition for writ of habeas corpus (Doc. 1), see R. GOVERNING § 2254 CASES, it is hereby ORDERED that:

1.    The motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.  See R. Governing § 2254 Cases R. 4.

3.    The Clerk of Court is directed to NOTIFY the petitioner and CLOSE this case.

4.    There is no basis for the issuance of a certificate of appealability.  See 28 U.S.C. § 2253(c).

**BY THE COURT:**


**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**